[No. 73309-5-I. Division One. April 25, 2016.]

LAKE FOREST PARK WATER DISTRICT, *Appellant*, v. THE CITY OF LAKE FOREST PARK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-04245-1, Tanya Thorp, J., entered November 21, 2014 and March 17, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.

[No. 73344-3-I. Division One. April 25, 2016.]

STERLING O. HAYDEN, *Respondent*, v. THE BOEING COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-11670-5, Richard McDermott, J., entered March 13, 2015. *Reversed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.

[No. 73457-1-I. Division One. April 25, 2016.]

VAN NHU HUYNH, *Respondent*, v. LEUNG HING LI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-29835-1, Mary E. Roberts, J., entered February 27, 2015. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 73493-8-I. Division One. April 25, 2016.]

JPMORGAN CHASE BANK, NA, *Respondent*, v. MICHIKO STEHRENBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-06768-8, John P. Erlick, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.